# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Ibrahim v. Goshen Mortgage REO, LLC      **Case Number:** 18-01055      **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#1 Adversary case 18-01055.  Complaint by Anwar M. Ibrahim against Goshen Mortgage REO, LLC. Fee Amount $0.00 Receipt Number exempt. Nature of Suit(21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment))(Baker, David)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
  x  \_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the dismissal of the Debtor's Chapter 13 case, the Court hereby dismisses this adversary complaint filed by the Debtor.

IT IS SO NOTED:                                    IT IS SO ORDERED;

                                                   *Joan N. Feeney*          Dated: 06/06/2018
_____                          _____
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge